IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

U.S. DISTRICT COURT
FILED AT WHEELING, WV
JUL 27 2007
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

DAVID C. SHRADER,
SHARON C. SHRADER, and
COREY D. SHRADER,

    Plaintiffs,

v.

CIVIL ACTION NO. 3:06-CV-62
(BAILEY)

STURLEY INVESTMENTS, INC.,
d/b/a/ ROCKHOUSE TRANSPORT, and
SCOTT A POMRANING,

    Defendants.

## ORDER GRANTING JOINT MOTION FOR CONTINUANCE AND SETTING SCHEDULING CONFERENCE

On July 17, 2007, the parties in the above-styled civil action filed a Joint Motion for Continuance [Doc. 61] of the September 25, 2007, trial date. The parties also jointly moved for the entry of a new Scheduling Order. In support of the motion, the parties cite discovery delays. The Court has reviewed the motion and finds that, under the circumstances represented by counsel, this Motion [Doc. 61] shall be **GRANTED**.

This Court hereby **VACATES** the January 31, 2007, Scheduling Order [Doc. 34] as to the trial and pretrial conference dates. Further, the Court will hold a **scheduling conference on September 17, 2007, at 11:30 a.m.** Although the Court generally prefers the conference to be conducted in person, counsel by written motion made at least three (3) working days prior to the hearing may participate by telephone. Requesting counsel will be responsible for making conference call arrangements. See Fed. R. Civ. P. 16 (b) and LR Civ P 16.01 (c).

The Clerk is hereby directed to transmit copies of this Order to counsel of record

herein.

**DATED:** July 27, 2007.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE